1 BARRY J. PORTMAN
Federal Public Defender
2 JAY RORTY
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant DIAZ-ALCANTAR

IT IS SO ORDERED

*James Ware*

Judge James Ware

6

7                          IN THE UNITED STATES DISTRICT COURT

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                    SAN JOSE DIVISION

10

| UNITED STATES OF AMERICA, | ) | No. CR 05-00353 JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| JOSE MARCO DIAZ-ALCANTAR, | ) | |
| Defendant. | ) | |

16

17         Assistant United States Attorney Susan Knight and defendant, Jose Marco Diaz-Alcantar,

18 through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the

19 sentencing date in the above-captioned matter, presently scheduled for December 5, 2005 at 1:30

20 p.m., should be continued to December 19, 2005, at 1:30 p.m. The reason for this continuance is

21 so that U.S. Probation Officer Chris Carrubba can be allowed to finish her report.

22         The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),

23 the ends of justice served by the continuance requested outweigh the best interest of the

24 defendant and public in a speedy trial because the failure to grant such a continuance would

25 unreasonably deny Mr. Diaz-Alcantar continuity of counsel and the time necessary for effective

26 preparation.

1    Dated: December 2, 2005                      _____/S/_____
                                                  JAY RORTY
2                                                 Assistant Federal Public Defender

3

4    Dated: December 2, 2005                      _____/S/_____
                                                  SUSAN KNIGHT
5                                                 Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-20076 JW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** ORDER CONTINUING |
| | ) | SENTENCING DATE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| JOSE MARCO DIAZ-ALCANTAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have jointly requested to continue the sentencing date set for December 5, 2005 at 1:30 p.m., to be continued to December 19, 2005, at 1:30 p.m. so that U.S. Probation Officer Chris Carrubba can be allowed to finish her report.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date presently set for December 5, 2005 at 1:30 p.m., be continued to December 19, 2005, at 1:30 p.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from December 5, 2005 through and including December 19, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: December 5, 2005

_____
JAMES WARE
United States District Judge

3