E-filing

**FILED**

JAN 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>JOSE MARCO DIAZ-ALCANTAR,<br><br>  Defendant. | NO. CR 05-00353-JW<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

   __x__   Presentence Report

   _____   Plea Agreement

   __x__   Statement of Reasons

   _____   (Other)

Dated: January 12, 2006

James Ware
JAMES WARE
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

UNITED STATES PROBATION
UNITED STATES PRETRIAL SERVICES
UNITED STATES ATTORNEY'S OFFICE
FEDERAL PUBLIC DEFENDER'S OFFICE

Dated: 1-12-06

Richard W. Wieking, Clerk

By: _____
Melissa Peralta
Courtroom Deputy

United States District Court
For the Northern District of California